United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR NAAC MORTGAGE PASS THROUGH CERTIFICATE SERIES 2007-1, its assignees and/or successors in intrest,<br><br>Plaintiff,<br><br>v.<br><br>ARACELI ARREOLA, et al,<br><br>Defendants.<br>_____ / | No. C 12-00292 JSW<br><br>**ORDER DENYING MOTION FOR ORDER SHORTENING TIME AND CONTINUING HEARING ON MOTION TO REMAND** |

On February 13, 2012, Plaintiff re-filed a motion to remand, and noticed that motion for hearing on March 16, 2012.[1] (Docket No. 14.) Plaintiff's noticed hearing date does not comport with Civil Local Rule 7-2(a), which requires all motions to be noticed for hearing not less than 35 days after service of the motion.

Plaintiff also filed a motion to hear the motion to remand on shortened time. (Docket No. 15.) The Court finds that Plaintiff has not shown good cause to hear the motion on shortened time. Accordingly, that request is DENIED.

It is FURTHER ORDERED that the Court shall hear the motion to remand on March 30, 2012 at 9:00 a.m. Although the Court has continued the hearing date, Defendants' opposition

---

[1] On February 2, 2012, Plaintiff filed a motion to remand and a motion to hear that motion on shortened time. (Docket Nos. 6-7.) The matter was then reassigned to this court, and Plaintiff refiled - rather than re-noticed - the motions to remand and for an order shortening time. Accordingly, the Court DENIES AS MOOT Plaintiff's previously filed motion. The Court also DENIES AS MOOT Plaintiff's motion to appear by telephone. (Docket No. 10.)

brief and Plaintiff's reply brief shall be due in accordance with Northern District Civil Local Rules 7-3(a) and 5-5.

**IT IS SO ORDERED.**

Dated: February 14, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION et al, | Case Number: CV12-00292 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ARREOLA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 14, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Araceli Arreola
814 Le Compte Place
San Jose, CA 95122

Ofelia S. Valenzuela
814 Le Compte Place
San Jose, CA 95122

Victor Valenzuela
814 Le Compte Place
San Jose, CA 95122

Dated: February 14, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk