IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR NAAC MORTGAGE PASS THROUGH CERTIFICATE SERIES 2007-1, its assignees and/or successors in interest,<br><br>Plaintiff,<br><br>v.<br><br>ARACELI ARREOLA, et al,<br><br>Defendants. / | No. C 12-00292 JSW<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

On February 13, 2012, Plaintiff re-filed a motion to remand, and noticed that motion for hearing on March 16, 2012. (Docket No. 14.) Pursuant to Northern District Civil Local Rules 7-3(a) and 5-5, Defendants' opposition brief was due on March 1, 2012. The Court has not received an opposition to the motion. The Court VACATES the hearing scheduled for March 30, 2012. It is FURTHER ORDERED that Defendants shall show cause why the motion to remand should not be granted. Defendants shall file a response to this Order to Show Cause by no later than March 16, 2012. If Defendants fail to file a response to the Order to Show Cause by that date, the Court shall deem the motion unopposed. If the Court requires a reply from Plaintiff, it shall issue a further order setting a date on which a reply shall be due.

**IT IS SO ORDERED.**

Dated: March 8, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE