United States District Court
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   HSBC BANK USA, NATIONAL
    ASSOCIATION, AS TRUSTEE FOR NAAC
9   MORTGAGE PASS THROUGH                     No.  C 12-00292 JSW
    CERTIFICATE SERIES 2007-1, its assignees
10  and/or successors in interest,            **ORDER TO SHOW CAUSE AND
                                              VACATING HEARING**
11         Plaintiff,

12    v.

13  ARACELI ARREOLA, et al,

14         Defendants.
                                          /
15

16         On February 13, 2012, Plaintiff re-filed a motion to remand, and noticed that motion for

17  hearing on March 16, 2012.  (Docket No. 14.)  Pursuant to Northern District Civil Local Rules

18  7-3(a) and 5-5, Defendants' opposition brief was due on March 1, 2012.  The Court has not

19  received an opposition to the motion.  The Court VACATES the hearing scheduled for March

20  30, 2012.  It is FURTHER ORDERED that Defendants shall show cause why the motion to

21  remand should not be granted.  Defendants shall file a response to this Order to Show Cause by

22  no later than March 16, 2012.  If Defendants fail to file a response to the Order to Show Cause

23  by that date, the Court shall deem the motion unopposed.  If the Court requires a reply from

24  Plaintiff, it shall issue a further order setting a date on which a reply shall be due.

25  **IT IS SO ORDERED.**

26  Dated:  March 8, 2012                     _____
                                              JEFFREY S. WHITE
27                                            UNITED STATES DISTRICT JUDGE

28